No. 256. McCluskey *v.* Norfolk & Western Railway Co. C. A. 6th Cir. Certiorari denied. *Rankin M. Gibson* for petitioner. *John M. Curphey* for respondent.

No. 258. Knauff, Executrix, et al. *v.* Utah Construction & Mining Co. et al. C. A. 10th Cir. Certiorari denied. *Edward T. Lazear* for petitioners. *Francis R. Kirkham, John B. Bates,* and *James F. Kirkham* for Utah Construction & Mining Co. et al., and *Gerald R. Miller* for Cranmer, respondents.

No. 259. Saab Aktiebolag, formerly Svenska Aeroplan Aktiebolaget (Saab) *v.* Mergenthaler Linotype Co. C. A. 2d Cir. Certiorari denied. *Ira Milton Jones* and *Howard W. Churchill* for petitioner. *Luther E. Morrison* for respondent.

No. 263. Crumley *v.* Alabama. Ct. App. Ala. Certiorari denied. *Fred Blanton, Jr.,* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *Robert P. Bradley* and *Walter S. Turner,* Assistant Attorneys General, for respondent.

No. 274. Ketron *v.* Tennessee. Sup. Ct. Tenn. Certiorari denied. *Preston H. Taylor* for petitioner.

No. 277. Knaack et al. *v.* United States. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham, Earl J. Strayhorn,* and *Charles B. Evins* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.